AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California     [Oakland Div.]

| | |
|---|---|
| DCG Systems, Inc. <br><br><br> *Plaintiff(s)* <br> v. <br><br> PNUTechnologies, Inc., Semicaps Inc., and <br> Semicaps PTE Ltd. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  4:16-CV-00779-JSW <br><br> Jury Trial Demanded |

## AMENDED   SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PNUTECHNOLOGIES, INC.,by and through its registered agent for service Tram N. Duong, 24010 Summit Woods Drive, Los Gatos, California; SEMICAPS INC., by and through its registered agent for service Celine N. Lau 10740 Larry Way, Cupertino, CA 95014; SEMICAPS CORPORATION PTE LTD., c/o, Larry Ross, Vice President, 24010 Summit Woods Drive, Los Gatos, California 95033-9291

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    BLANK ROME LLP
                                  Russell Wong (TX SBN 21884235; Admitted to the NDCA)
                                  717 Texas Avenue, Suite 1400
                                  Houston, TX 77002
                                  Telephone: 713.228.6601

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:       03/09/2016                                           Jessie Mosley
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  4:16-CV-00779-JSW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: