Russell Wong (TX SBN 21884235; Admitted to the NDCA)
BLANK ROME LLP
717 Texas Avenue
Suite 1400
Houston, TX 77002
Telephone:    713.228.6601
Facsimile:     713.228.6605
Email: RWong@BlankRome.com

Attorney for Plaintiff
DCG SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DCG SYSTEMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>PNUTECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 4:16-cv-00779-JSW<br><br>PLAINTIFF DCG SYSTEMS, INC.'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, DCG Systems, Inc. declares that FEI Company is its parent corporation and owns 100% of its stock.

**CERTIFICATION OF INTERESTED PARTIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: other than the named parties, FEI Company, parent corporation of DCG Systems, Inc.

1  DATED: March 16, 2016            Respectfully submitted,

2                                   By: /s/ Russell Wong
                                        Russell Wong
3                                   Attorney for Plaintiff
                                    DCG SYSTEMS, INC.
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PLAINTIFF DCG SYSTEMS, INC. DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES**