1 | Ryan Tyz (CSB 234895)
2 | Ryan J. Marton (CSB 223979)
  | David Schumann (CSB 223936)
3 | TYZ MARTON SCHUMANN LP
  | 28 2nd Street, Floor 3
4 | San Francisco, CA 94105
  | rmarton@tyzlaw.com
5 | DSCHUMANN@tyzlaw.com
  | rtyz@tyzlaw.com
6 | Phone: (415) 849-3577

Attorneys for Defendants
SEMICAPS PTE LTD. & PNUTechnologies, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| DCG SYSTEMS, INC. | Case No.: 4:16-cv-00779-JSW |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANTS SEMICAPS PTE LTD. AND PNUTECHNOLOGIES, INC. TO RESPOND TO COMPLAINT** |
| v. | |
| PNUTECHNOLOGIES, INC., SEMICAPS, INC., SEMICAPS CORPORATION PTE LTD., | Judge:  Hon. Jeffrey S. White |
| Defendants. | Trial Date:  Not Set |
| | Action Filed:  February 16, 2016 |
| | Jury Trial Demanded |

    Pursuant to Civil L.R. 6-1(a), Plaintiff DCG SYSTEMS, INC. and Defendants SEMICAPS Pte Ltd. and PNUTechnologies, Inc. hereby stipulate and agree to extend the time for Defendants SEMICAPS Pte Ltd. and PNUTechnologies, Inc. to respond to Plaintiff's complaint as follows:

    1.    Plaintiff filed its complaint on February 16, 2016;

2. Defendants SEMICAPS Pte Ltd. and PNUTechnologies, Inc. agree that they were properly served on March 22, 2016 and will not challenge or contest the sufficiency of process or service of process in any way;

3. Defendants SEMICAPS Pte Ltd. and PNUTechnologies, Inc. currently are required to respond to Plaintiff's complaint by April 12, 2016;

4. The parties hereby stipulate to the extension of Defendants SEMICAPS Pte Ltd.'s and PNUTechnologies, Inc.'s deadline to respond to the complaint by thirty (30) days to and including May 12, 2016, to allow sufficient time for Defendant's counsel to respond;

5. The parties have not previously requested an extension of Defendant's responsive pleading deadline; and

6. The extension of time will not adversely affect the case schedule.

**IT IS SO STIPULATED.**

DATED:  4/7/2016                    **BLANK ROME LLP**

                                    BY:   /s/ Russell T. Wong
                                          Russell T. Wong
                                          BLANK ROME LLP
                                          717 Texas Avenue, Suite 1400
                                          Houston, Texas 77002
                                          rwong@blankrome.com
                                          Phone: (713) 228-6601

                                          Attorney for Plaintiff
                                          DCG SYSTEMS, INC.

DATED: 4/7/2016                          /s/ David Schumann
                                          Ryan Tyz
                                          Ryan J. Marton
                                          David Schumann
                                          TYZ MARTON SCHUMANN LP
                                          28 2nd Street, Floor 3
                                          San Francisco, CA 94105
                                          rmarton@tyzlaw.com
                                          dschumann@tyzlaw.com
                                          rtyz@tyzlaw.com
                                          Phone: (415) 849-3577

                                          Attorneys for Defendant
                                          SEMICAPS Pte Ltd. & PNUTechnologies, Inc

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Russell T. Wong attest that concurrence in the filing of this document has been obtained

/s/ *Russell T. Wong*
RUSSELL T. WONG

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4

5

6  DATE:_____     _____

7                                       HONORABLE JEFFREY S. WHITE