Russell T. Wong
(TX SBN 21884235; Admitted to the NDCA)
BLANK ROME LLP
717 Texas Avenue, Suite 1400
Houston, TX 77002
rwong@blankrome.com
Telephone:   713.228.6601

Attorneys for Plaintiff
DCG SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DCG SYSTEMS, INC. | Case No.: 4:16-cv-00779-JSW |
| Plaintiff, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** AND ORDER THEREON |
| v. | |
| PNUTECHNOLOGIES, INC., SEMICAPS, INC., and SEMICAPS CORPORATION PTE LTD., | Judge:         Hon. Jeffrey S. White<br>Trial Date:    Not Set<br>Action Filed:  February 16, 2016 |
| Defendants. | Jury Trial Demanded |

Plaintiff DCG SYSTEMS, INC. and Defendants SEMICAPS Pte Ltd., SEMICAPS Corporation Pte Ltd., Semicaps, Inc., and PNUTechnologies, Inc. ("the Parties") stipulate and agree as follows:

WHEREAS the Parties have reached a binding settlement; therefore,

IT IS HEREBY STIPULATED by and among the parties to this action through their counsel that the above-captioned action should be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties agree that they shall each bear their own costs, expert fees, attorneys' fees and other fees incurred in connection with this matter.

**IT IS SO STIPULATED**, through Counsel of Record.

DATED:  4/27/2016

/s/ Russell T. Wong
Russell T. Wong
BLANK ROME LLP
717 Texas Avenue, Suite 1400
Houston, Texas 77002
rwong@blankrome.com
Telephone: 713.228.6601

Attorney for Plaintiff
DCG SYSTEMS, INC.

/s/ David Schumann
Ryan Tyz
Ryan J. Marton
David Schumann
TYZ MARTON SCHUMANN LP
28 2nd Street, Floor 3
San Francisco, CA 94105
rtyz@tyzlaw.com
rmarton@tyzlaw.com
dschumann@tyzlaw.com
Telephone: 415.849.3577

Attorneys for Defendants
SEMICAPS Pte Ltd. & PNUTechnologies, Inc.

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Russell T. Wong attest that concurrence in the filing of this document has been obtained.

/s/ Russell T. Wong
RUSSELL T. WONG

1

2   **PURSUANT TO STIPULATION, IT IS ORDERED** that the foregoing Agreement is
approved.

3

4

5   DATED: ___April 28, 2016___     _____

6                                    HONORABLE JEFFREY S. WHITE
                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28